# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**v.**                       **CASE NO. 4:14CR00008 BSM**

**BARBARA MCCORMICK**                                                  **DEFENDANT**

## ORDER

The United States of America moves to dismiss [Doc. No. 320] the indictment [Doc. No. 3] as to defendant Barbara McCormick without prejudice. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that motion is granted and the case is dismissed as to McCormick without prejudice.

IT SO ORDERED this 12th day of November 2014.

                                                                      */s/ Brian S. Miller*
                                                             UNITED STATES DISTRICT JUDGE